**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1303**

---

JACOB AUSTIN SCHNEIDER,

Plaintiff - Appellant,

v.

COUNTY OF FAIRFAX, d/b/a County of Fairfax Department of Finance, d/b/a Fairfax County Department of Public Works and Environmental Services, d/b/a DPWES, d/b/a Fairfax County, d/b/a Fairfax County, Virginia, d/b/a Fairfax County Board of Supervisors, d/b/a Department of Public Works and Environmental Services, d/b/a DPWES Wastewater Management,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-00871-LMB-WEF)

---

Submitted:  August 24, 2023                                  Decided:  August 28, 2023

---

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jacob Austin Schneider, Appellant Pro Se.  Robert Mccay Hardy, FAIRFAX COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacob Austin Schneider appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Schneider v. Cnty. of Fairfax*, No. 1:22-cv-00871-LMB-WEF (E.D. Va. Mar. 2, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
